UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CRAIG FISHER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:12-cv-02423-EFM-JPO |
| | ) |
| APRIA HEALTHCARE, INC., | ) |
| | ) |
|     Defendant. | ) |

## STIPULATION OF DISMISSAL

COMES NOW, the parties, Plaintiff Craig Fisher and Defendant Apria Healthcare, Inc., and by and through their attorneys, stipulate to dismissal with prejudice of the above-captioned case, each party to bear his or its own costs and fees.

Respectfully submitted,

**REAVEY LAW LLC**

By:    /s/ Kevin C. Koc   .
      Patrick Reavey KS # 17291
      Kevin C. Koc KS # 24953
      Livestock Exchange Building
      1600 Genessee, Suite 303
      Kansas City, MO 64102
      Ph: 816.474.6300
      Fax: 816.474.6302
      Email: patrick@reaveylaw.com
      Email: kkoc@reaveylaw.com
      Website: www.reaveylaw.com

      ATTORNEYS FOR PLAINTIFF

By:    /s/Christi Hilker Vaglio   .
      Christi Hilker Vaglio. Esq.
      Curtis R. Summers, Esq.
      Husch Blackwell LLP
      4801 Main Street, Suite 1000

      Kansas City, Missouri  64112
      Telephone: (816) 983-8000
      Facsimile: (816) 983-8080
      christi.vaglio@huschblackwell.com
      curtis.summers@huschblackwell.com
      ATTORNEYS FOR DEFENDANT

### Certificate of Service

I hereby certify that on this 28th day of August 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Christi Hilker Vaglio. Esq.
Curtis R. Summers, Esq.
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
christi.vaglio@huschblackwell.com
curtis.summers@huschblackwell.com
ATTORNEYS FOR DEFENDANT


      /s/  Kevin Koc            .
          Kevin Koc